IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC DAVID KELLER,

    Plaintiff,

vs.                              Case No. 16-2117-JTM

U.S. CELLULAR,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the motion for summary judgment by defendant U.S. Cellular. The court previously granted defendant's motion to stay the matter pending arbitration. (Dkt. 6). Cellular argues in its present motion that the parties settled the dispute immediately prior to the scheduled arbitration. The plaintiff has filed no response to the motion.

For good cause shown and pursuant to D.Kan.R. 7.4, the court hereby grants defendant's Motion for Summary Judgment (Dkt. 17).

IT IS SO ORDERED this 31st day of October, 2017.

                                                   ___s/ J. Thomas Marten_____
                                                   J. THOMAS MARTEN, JUDGE