IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC DAVID KELLER,

    Plaintiff,

vs.                               Case No. 16-2117-JTM

U.S. CELLULAR,

    Defendant.

MEMORANDUM AND ORDER

Pro se plaintiff Eric David Keller has moved to dismiss the present action with prejudice. Keller offers no argument in favor of dismissal other than the observation that he "believes it to be in the best interests of all parties." (Dkt. 26, at 1).

However, prior to plaintiff's motion the court granted defendant U.S. Cellular's Motion for Summary Judgment, finding that the matter had been resolved by agreement shortly before a scheduled arbitration. (Dkt. 22). Plaintiff's (Dkt. 26) motion to dismiss the action is therefore denied as moot.

IT IS SO ORDERED this 30th day of January, 2018.

                                               ____s/ J. Thomas Marten_____
                                               J. THOMAS MARTEN, JUDGE